UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-455 T-24 TBM

MARTIN MIGUEL BARRIOS LEON, et al.

_____/

# **ORDER**

This cause comes before the Court on the United States's Motion for a pretrial determination as to whether the vessel on which the defendants were traveling is a "vessel subject to the jurisdiction of the United States," within the meaning of the Maritime Drug Law Enforcement Act , 46 U.S.C. § 70501 et seq. (Doc. 104).

The United States indicates that it intends to prove at trial that the U.S. Coast Guard interdicted a Togolese motor vessel named FAT CROW in international waters in the Caribbean Sea on or about August 24, 2017. According to the United States, FAT CROW's master claimed Togolese registry for the vessel. The United States further asserts that per the U.S. State Department's certification regarding interdiction, which is attached to the United States's motion, the Togolese Republic: 1) authorized the U.S. Coast Guard's boarding and search of FAT CROW; 2) confirmed FAT CROW's Togolese registry; and 3) consented to the United States enforcing U.S. law with respect to FAT CROW and its crew.

The Court finds that the United States's motion is due to be granted. Accordingly, it is ORDERED AND ADJUDGED that the vessel on which the defendants were traveling is a

1

"vessel subject to the jurisdiction of the United States," within the meaning of the Maritime Drug Law Enforcement Act.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of December, 2017.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record